**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JARROD C. LAWSON,
    Petitioner

    v.

COURT OF COMMON PLEAS OF
CHESTER COUNTY,
    Respondent

:  No. 20 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.